# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                            )
**DIANE BARTON, on behalf of herself and**  )
**others similarly situated,**              )       **CIVIL ACTION**
                                            )       **NO. 20-40114-TSH**
                    **Plaintiffs,**         )
                                            )
                    **v.**                  )
                                            )
**Temescal Wellness, LLC**                  )
                                            )
                    **Defendant.**          )
_____     )

## ORDER ON MOTION TO STAY

**October 2, 2020**

**HILLMAN, D.J.,**

     Defendant Temescal Wellness, LLC moves to stay this action pending the Supreme Court's

decision in *Facebook, Inc. v. Noah Daguid*, No. 19-511. (Docket No. 7).  This Motion to Stay is

DENIED without prejudice to renewal as to the conclusion of discovery.

**SO ORDERED.**

                                          ***/S/ TIMOTHY HILLMAN***
                                          **TIMOTHY S. HILLMAN**
                                          **DISTRICT JUDGE**