UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Barton,
        Plaintiff(s),

    V.

Temescal Wellness,
        Defendant(s),

CIVIL ACTION

NO. 20-40114-TSH

## SETTLEMENT ORDER OF DISMISSAL

Hillman, D. J.

    The Court having been advised on    February 28, 2022    that the above-entitled action has been settled.

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

  February 28, 2022  
    Date

/s/ Martin Castles
Deputy Clerk