UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE BARTON, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEMESCAL WELLNESS, LLC<br>Defendant. | Civil Action No.: 4:20-cv-40114 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Having determined that this matter warrants no further litigation, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that the plaintiff's remaining cause of action, for allegedly violating the do-not-call prohibition of the Telephone Consumer Protection Act, is dismissed with prejudice. The parties also stipulate that the plaintiff's cause of action for violating the TCPA's auto-dialer prohibition, previously dismissed voluntarily by plaintiff, is now dismissed with prejudice.

Respectfully submitted,

**DIANE BARTON, on behalf
of herself and other similarly situated**

By her attorneys,

PARONICH LAW, P.C.

March 10, 2022     By:   /s/ Anthony Paronich
                         Anthony Paronich (BBO# 678437)
                         350 Lincoln Street, Suite 2400
                         Hingham, MA 02043
                         (617) 485-0018
                         anthony@paronichlaw.com

        Respectfully submitted,

        **TEMESCAL WELLNESS, LLC**

        By its attorneys,

        DEVINE MILLIMET & BRANCH, P.A.

March 10, 2022        By:    /s/ Ashley R. Theodore
                                Ashley R. Theodore (BBO# 695598)
                                111 Amherst Street
                                Manchester, NH 03101
                                (603) 695-8720
                                atheodore@devinemillimet.com